# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1818

_____

Eugene Smith,                                   *
                                                *
          Appellant,                            *
                                                *     Appeal from the United States
     v.                                         *     District Court for the
                                                *     Eastern District of Arkansas.
Postal Service, (U.S.) Inspector                *
General; Norman Gilcrest, Postmaster,           *          [UNPUBLISHED]
United States Postal Service,                   *
                                                *
          Appellees.                            *

_____

Submitted: May 15, 2008
Filed: May 21, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Eugene Smith appeals the district court's[1] dismissal of his case for lack of subject matter jurisdiction. Upon de novo review, see Hastings v. Wilson, 516 F.3d 1055, 1058 (8th Cir. 2008), we conclude dismissal was proper. We affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.